

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00621-CV

**IN THE INT OF CJT**, A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

## O R D E R

The court reporter's record was originally due on September 26, 2014. Ms. Alma Garza is the court reporter responsible for preparing, certifying, and filing the reporter's record. Ms. Garza has been granted two previous extensions of time in which to file the record, the latest until November 3, 2014. Neither the record nor a request for additional time has been filed.

It is therefore ORDERED that Ms. Garza must file the record in this court <u>no later than December 3, 2014</u>. If the record is not received by such date, a show cause order shall issue directing Ms. Garza to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Garza by certified mail, return receipt requested, and by regular United States mail.

Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court